# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:16-cv-02116-JFW-KKx                     Date 9/1/17

Title: Church Mutual Insurance Company v. Brotherhood Mutual Insurance Company et

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                              Not Present

Proceedings:   ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Joint STIPULATION to Dismiss Case pursuant to F.R.C.P. 41(a)(1)(ii) [112] - Make JS-6

☐ Entered _____.

Initials of Preparer    sr